UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

NORTHERN LAND HOLDINGS, LLC, et al[1],

Debtors.

Chapter 11
Case No. 12-23618
Hon. Daniel S. Opperman
Jointly Administered

_____/

## EX PARTE MOTION OF THE DEBTORS FOR SHORTENED NOTICE, EXPEDITED HEARING, AND RELATED RELIEF RE: DEBTORS' MOTION FOR AN ORDER APPROVING SALE OF CERTAIN REAL AND PERSONAL PROPERTY OF THE DEBTORS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS

The Debtors in the above-captioned cases submit this Ex Parte Motion (the "Motion") pursuant to section 102(1)(A) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002(m), 9006(c), and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules"), for entry of an order shortening the notice period required for their Motion for an Order Approving Sale of Certain Real and Personal Property (the "Sale Motion"), setting an expedited hearing on the Sale Motion, and for related relief. In support of this Motion, the Debtors respectfully state as follows:

### JURISDICTION AND BASIS FOR RELIEF

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

---

{00226222}1 | The following is the list of jointly administered debtors: Northern Land Holdings, LLC, Case No. 12-23618, Northern Bowling Enterprises, LLC, Case No. 14-20574 and Janie Ann Guiliani, Case No. 14-20575.

3. The legal predicates for the relief requested herein are section 102(1)(A) of the Bankruptcy Code, Bankruptcy Rules 2002(m), 9006(c), and 9007, and E.D. Mich. LR 9006-1(b). Pursuant to Bankruptcy Rule 9006(c), the Court may, for cause shown, reduce the time for performance of any act required by the Federal Rules of Bankruptcy Procedure and any applicable period for notice thereof. Pursuant to E.D. Mich. LR 9006-1(b), a party may move for, and the Court may enter, an *ex parte* order reducing the time for a party to take any action or file any paper. Section 102(a) of the Bankruptcy Code and Bankruptcy Rules 2002(m) and 9007 grant the Court broad authority to regulate the form and manner of notice of hearings.

## BACKGROUND AND RELIEF REQUESTED

4. In the Sale Motion the Debtors are seeking approval of a proposed purchase of their Cheboygan bowling facility. The purchaser is seeking possession of the property as soon as possible in order to ready the facility for operations.

5. The secured lender on the property, FirstMerit Bank, N.A. has consented to the sale.

6. Based on the foregoing, the Debtors request that this Court shorten the notice and response period, and schedule an expedited hearing on the Sale Motion.

7. The Debtor submits that parties-in-interest will receive sufficient notice of the Sale Motion, as the Debtors will serve the proposed order attached to this Motion as soon as it is entered by the Court on all necessary parties via overnight mail and the Court's CM/ECF system.

WHEREFORE, for the foregoing reasons, the Debtors respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit 1, and grant such other and further relief as the Court deems just and proper.

---

{00226222}2 The following is the list of jointly administered debtors: Northern Land Holdings, LLC, Case No. 12-23618, Northern Bowling Enterprises, LLC, Case No. 14-20574 and Janie Ann Guiliani, Case No. 14-20575.

Respectfully submitted,

LAMBERT LESER

Dated: April 25, 2014          BY:          /s/ Adam D. Bruski
                                    _____
                                    SUSAN M. COOK (P31514)
                                    ADAM D. BRUSKI (P70030)
                                    Counsel for Debtors
                                    916 Washington Ave., Ste. 309
                                    Bay City, MI 48708
                                    Phone: (989) 893-3518
                                    abruski@lambertleser.com

---

{00226222}3  The following is the list of jointly administered debtors: Northern Land Holdings, LLC, Case No. 12-23618, Northern Bowling Enterprises, LLC, Case No. 14-20574 and Janie Ann Guiliani, Case No. 14-20575.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

NORTHERN LAND HOLDINGS, LLC, et al[1],

    Debtors.
_____/

Chapter 11
Case No. 12-23618
Hon. Daniel S. Opperman
Jointly Administered

## ORDER GRANTING EX PARTE MOTION OF THE DEBTORS FOR SHORTENED NOTICE, EXPEDITED HEARING, AND RELATED RELIEF RE: DEBTORS' MOTION FOR AN ORDER APPROVING SALE OF CERTAIN REAL AND PERSONAL PROPERTY OF THE DEBTORS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS

This matter comes before the Court on the Ex Parte Motion (the "Motion") of the Debtor for Shortened Notice, Expedited Hearing, and Related Relief regarding the Sale Motion:

IT IS HEREBY ORDERED that:

1. A hearing on the Joint Administration Motion will be conducted on _____, 2014 at __:__ p.m. at the Bankruptcy Court in Bay City, Michigan.

2. Given the shortened notice provided in this Order, any response to the Sale Motion may be made either in writing or orally at the hearing.

---

{00226218}1    The following is the list of jointly administered debtors: Northern Land Holdings, LLC, Case No. 12-23618, Northern Bowling Enterprises, LLC, Case No. 14-20574 and Janie Ann Guiliani, Case No. 14-20575.